

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00261-CV

John E. **FITZGIBBON**, Sr., the Fitzgibbon Family Partnership, Ltd., and Rita Fitzgibbon,
Appellants

v.

Janice F. **HUGHES** and Janice Marie Taylor, as Independent Executrix of the Estate of John E.
Fitzgibbon, Jr.,
Appellees

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2010CVF001577-D1
Honorable Jose A. Lopez, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the judgment of the trial court is
REVERSED, and the case is REMANDED to the trial court for further proceedings consistent
with this opinion. Costs of the appeal are taxed against appellees Janice F. Hughes and Janice
Marie Taylor, as Independent Executrix of the Estate of John E. Fitzgibbon, Jr.

SIGNED July 30, 2014.

_____
Rebeca C. Martinez, Justice